**Schulhof Distributing Co., appellant, v. Thomas Biggins, appellee. Gen. No. 26,804.**

Action on contract to purchase fifty barrels of whisky or fifty whisky certificates. Set-off by defendant. Judgment for defendant for the amount of his claim in set-off. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed December 19, 1921. Rehearing denied and opinion modified and refiled January 3, 1922.

Alvin E. Stein, for appellant. James A. O'Callaghan and Cyrus Heren, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Richard Burke, plaintiff in error. Gen. No. 26,156.**

Information under the vagrancy statute. Verdict and judgment of guilty. Error to the Municipal Court of Chicago; the Hon. John Stelk, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed December 19, 1921.

Cruice & Langille, for plaintiff in error; Daniel L. Cruice, of counsel. Maclay Hoyne, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

**Charles Kaplan, assignee of the estate of John M. Tananevicz, bankrupt, appellee, v. Anton Martinkus and Peter Yecuis, appellants. Gen. No. 26,404.**

Action on a promissory note. Judgment entered under power of attorney to confess judgment. Defendant given leave to defend. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed December 19, 1921. Rehearing denied January 3, 1922.

John D. Farrell and John M. Duffy, for appellants. Louis Jaffie, for appellee; Stephen F. Riordan, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**William H. Stolte, appellee, v. Benny Baker, appellant. Gen. No. 26,747.**

Action for damages sustained to plaintiff's automobile by collision with defendant's truck. Verdict and judgment for plaintiff. Appeal from the City Court of Chicago Heights; the Hon. G. A. Brinkman, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed December 19, 1921.

Bowles & Bowles, for appellant. Abbott, Hood & Smith, for appellee.

Mr. Justice McSurely delivered the opinion of the court.